# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyna, Jimmie V. | U.S. Court of Appeals for the Federal Circuit | 11/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reyna, Jimmie V. | 11/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | Montgomery County Public Schools, salary |
| 2. | 2015 | Montgomery County Public Schools, pension |
| 3. | 2015 | State of Maryland, pension |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Colorado Bar Continuing Legal Education | January 8-11, 2015 | Denver, CO | Speaker | Transportation, meals, hotel |
| 2. | Minnesota Hispanic Bar Association | February 19-21, 2015 | Minneapolis, MN | Speaker | Transportation, meals, hotel |
| 3. | 2015 Matthew Byrne Clerkship Institute, Pepperdine University Law School | March 11-14, 2015 | Malibu, CA | Speaker | Transportation, meals, hotel |
| 4. | Hispanic National Bar Association Mid-Year Conference & Moot Court | March 18-22, 2015 | San Antonio, TX | Speaker, Moot Court Judge | Transportation, meals, hotel |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Reyna, Jimmie V. | | 11/28/2016 |

| 5. | NYIPLA 94th Annual Dinner in Honor Of the Federal Judiciary | March 27-28, 2015 | New York, NY | Activity of professional legal organization | Transportation, meals, hotel |
|---|---|---|---|---|---|
| 6. | Joint Patent Practice Coninuting Legal Education, NYIPLA and NJIPLA | May 11-13, 2015 | New York, NY | Speaker | Transportation, meals, hotel |
| 7. | Association of Corporate Patent Counsel | June 21-24, 2015 | Lake Tahoe, NV | Speaker | Transportation, meals, hotel |
| 8. | Federal Circuit Bar Association Bench and Bar Conference | June 24-29, 2015 | Dana Point, CA | Speaker | Transportation, meals, hotel |
| 9. | Mexican American Bar Foundation | August 20-21, 2015 | Houston, TX | Speaker | Transportation, meals, hotel |
| 10. | Houston Bar Association, Patent Law Section | August 21-22, 2015 | Houston, TX | Speaker | Transportation, meals, hotel |
| 11. | Hispanic National Bar Association Annual Convention | September 2-5, 2015 | Boston, MA | Speaker | Meals |
| 12. | New Mexico State Bar Foundation | September 10-13, 2015 | Albuquerque, NM | Speaker | Transportation, meals, hotel |
| 13. | Federal Circuit Bar Association | October 16-21, 2015 | Shanghai, China | Speaker | Transportation, meals, hotel |
| 14. | Hon. Jimmie V. Reyna IP American Inn of Court | November 10-11, 2015 | Minneapolis, MN | Speaker | Transportation, meals, hotel |
| 15. | Minnesota Justice Foundation | Novermber 10-11, 2015 | Minneapolis, MN | Speaker | Transportation, meals, hotel |
| 16. | Federal Circuit Bar Association Historical Society Annual Dinner | November 20, 2015 | Washington, DC | Acitivity of professional legal organizatiuon | Meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 11/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 11/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. PNC Bank, account | A | Interest | L | T | | | | | |
| 3. Education Systems Federal Credit Union, account | A | Interest | K | T | | | | | |
| 4. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 5. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 6. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 7. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 8. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 9. Russel, Russel Global Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 10. MSA, Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |
| 11. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 12. MSA Index 500 (MSA)Select Bond | A | Int./Div. | J | T | | | | | |
| 13. Fixed Income, Mason Street Advisors (MSA/Wells Cap Mng, Inc) . | A | Interest | J | T | | | | | |
| 14. MSA, Index 400 Stock (MSA) | A | Int./Div. | J | T | | | | | |
| 15. MSA, Intl Dev Mkts, Inl Equity (MSA Franklin Templeton) | A | Int./Div. | J | T | | | | | |
| 16. Russel Real Estate Securities | A | Int./Div. | J | T | | | | | |
| 17. MSA Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reyna, Jimmie V.** | 11/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. New York Life, Variable Policy | | | | | | | | | |
| 19. Mainstay VP International Equity Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 20. Mainstay VP Emerging Markets Equity Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 21. Mainstay VP T. Rowe Price Equity Income Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 22. Mainstay VP Van Eck Global Hard Assests Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 23. Mainstay VP Common Stock Initial Class (High) | A | Int./Div. | J | T | | | | | |
| 24. Mainstay VP International Equity - Initial Class | A | Int./Div. | J | T | | | | | |
| 25. Fidelity VIP Contrafund Portfolio Initial Class (Highest) | A | Int./Div. | J | T | | | | | |
| 26. Northwestern Life, IRA | | | | | | | | | |
| 27. Main Street Advisors Index Stock 500 (MSA) | A | Int./Div. | K | T | | | | | |
| 28. Main Street Advisors Index 400 Stock (MSA) | A | Int./Div. | K | T | | | | | |
| 29. Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | K | T | | | | | |
| 30. International Equity (MSA/Franklin TMPL) | A | Int./Div. | K | T | | | | | |
| 31. MSA, Select Bond (MSA/Wells Capital Management Inc.)) | A | Int./Div. | L | T | | | | | |
| 32. Russel Global Real Estate Securities | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 11/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Per request of the Judicial Conference of the United States Committee on Financial Disclosure, per letter dated October 5, 2016, and instruction received over the telephone form the Committee, this amended financial disclosure is submitted to reflect the names of the various funds listed in Part VII of this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544